IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: SMITH & NEPHEW BIRMINGHAM HIP RESURFACING (BHR) HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL-17-md-2775<br>Hon. Catherine C. Blake |
| This Document Relates to<br>Case No. 1:18-cv-19 | **DIRECT FILED SHORT FORM COMPLAINT** |

## SHORT FORM COMPLAINT

1. Plaintiff, Carolyn T. Dutton, states and brings this civil action in MDL No. 2775, entitled *In re: Smith & Nephew Birmingham Hip Resurfacing (BHR) Hip Implant Products Liability Litigation*. Plaintiff is filing this Short Form Complaint pursuant to CMO No. 3, entered by this Court.

## PARTIES, JURISDICTION AND VENUE

2. Plaintiff is a resident and citizen of the state of Michigan and claims damages as set forth below.

3. Federal jurisdiction is proper based on diversity of citizenship.

4. The Federal District in which Plaintiff's initial implants took place: Eastern District of Michigan.

5. The Federal District in which Plaintiff's revision surgery took place: Eastern District of Michigan.

6. Plaintiff brings this action *[check the applicable designation]*:

    __X__ On behalf of [herself]

## FACTUAL ALLEGATIONS

7. On or about May 1, 2009, Plaintiff underwent surgery during which the Smith & Nephew BHR Resurfacing System was implanted into Plaintiff's (RIGHT) hip.

8. Plaintiff's (RIGHT) BHR implant surgery was performed at St. John Hospital and Medical Center in Detroit, Michigan by Richard T. Perry, M.D.

9. Plaintiff underwent medically-indicated revision of the (RIGHT) BHR hip implant on or about April 27, 2017.

10. Plaintiff's revision surgery performed by Richard T. Perry, M.D. at St. John Hospital and Medical Center in Detroit, Michigan.

11. Plaintiff suffered the following complications, injuries, and/or indications, some or all of which made revision surgery medically necessary: metallosis; elevated chromium and cobalt levels.

12. [IF BILATERAL]: Plaintiff's (LEFT) BHR implant surgery was performed at St. John Hospital and Medical Center by Richard T. Perry, M.D.

13. [IF BILATERAL]: On or about July 01, 2011, Plaintiff underwent surgery during which the Smith & Nephew BHR Resurfacing System was implanted into Plaintiff's (LEFT) hip.

14. [IF BILATERAL]: Plaintiff's medical provider has recommended revision of Plaintiff's (LEFT) hip which is scheduled for later this year _X_. (checkbox)]

15. Plaintiff adopts the allegations of the Master Amended Consolidated Complaint ("MACC") filed August 11, 2017, and any and all amendments to the MACC.

## ALLEGATIONS AS TO INJURIES

16. (a) Plaintiff claims damages as a result of (check all that are applicable):

   __X__        INJURY TO HERSELF

   _____      INJURY TO THE PERSON REPRESENTED

   _____      WRONGFUL DEATH

   _____      SURVIVORSHIP ACTION

   __X__       ECONOMIC LOSS

17. Defendant, by its actions or inactions, proximately caused the injuries to Plaintiff.

## **DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY**

18. The following claims and allegations are asserted by Plaintiff and are herein adopted by reference under the laws of the following state (check all that are applicable):

__X__ COUNT I   (strict products liability: Michigan)

__X__ COUNT II  (negligence: Michigan)

__X__ COUNT III (strict products liability failure to warn: Michigan)

__X__ COUNT IV  (negligent failure to warn: Michigan)

__X__ COUNT V   (negligent misrepresentation: Michigan)

__X__ COUNT VI  (negligence per se: Michigan)

__X__ COUNT VII (breach of express warranties: Michigan)

__X__ COUNT VIII (manufacturing defect: Michigan)

__X__ COUNT IX  (punitive damages: Michigan)

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1. For compensatory damages;

2. Pre-judgment and post-judgment interest;

3. Statutory damages and relief of the state whose laws will govern this action;

4. Costs and expenses of this litigation;

5. Reasonable attorneys' fees and costs as provided by law;

6. Equitable relief in the nature of disgorgement; and

7. All other relief as the Court deems necessary, just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff hereby demands a trial by jury as to all claims in Complaint so triable.

Dated: January 3, 2018

Respectfully submitted,

**JONES WARD PLC**

s/ Alex C. Davis
Alex C. Davis
Jasper D. Ward IV
The Pointe
1205 E. Washington St., Suite 111
Louisville, KY 40206
Phone: (502) 882 6000
Facsimile: (502) 587-2007
alex@jonesward.com
jasper@jonesward.com
*Counsel for Plaintiff*